IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                                                      **PLAINTIFF**

v.                                              Case No. 4:15-cr-00072-05 KGB

**NORMA ACUNA**                                                                                                 **DEFENDANT**

### ORDER

Defendant Norma Acuna has filed a motion for early termination of supervised release (Dkt. No. 194). The government has responded in opposition (Dkt. No. 196). Ms. Acuna has replied and filed a *pro se* supplement to her motion for early termination of supervised release (Dkt. Nos. 197; 198).

Ms. Acuna plead guilty to a charge of conspiracy to possess with intent to distribute methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 846 (Dkt. Nos. 180–81). On October 8, 2019, the Court sentenced Ms. Acuna to 57 months of imprisonment, five years of supervised release, and a $100 special assessment (Dkt. Nos. 183–185). All parties acknowledge that this was Ms. Acuna's second federal felony conviction. According to the United States Probation Office, Ms. Acuna started her supervision on January 20, 2022.

In support of her motion, Ms. Acuna claims that she has completed at least 12 months of supervision, secured employment, and has had no violations of the conditions of her supervised release. She also represents that she desires to travel to the border to retrieve her United States-born children and that there is no relative in Mexico who can legally bring her minor children to her (Dkt. No. 197, at 2). In her recent filing, Ms. Acuna states that she has furthered her education and continues to do so, while maintaining employment and contributing to her community (Dkt.

No. 198). In response, the government argues that Ms. Acuna has not set forth any new or exceptional circumstances to justify early termination of supervised release (Dkt. No. 196).

Pursuant to 18 U.S.C. § 3583(e), the Court may terminate a term of supervised release where, after consideration of both the Federal Rules of Criminal Procedure and the specific, enumerated factors of 18 U.S.C. § 3553(a) that the Court is permitted to consider, the Court concludes that such action is warranted by the conduct of the defendant and is in the interest of justice. As she has served more than one year of supervised release, Ms. Acuna is eligible for early termination of the remainder of her supervised release under 18 U.S.C. § 3583(e). The Court determines that Ms. Acuna has complied with her conditions of supervised release and has sufficiently set forth reasons why early termination of her supervised release would serve the interests of justice. Ms. Acuna has made substantial progress on completing the terms of her sentence, including but not limited to earning her high school diploma, securing and maintaining employment, continuing to pursue higher education, and seeking to reunite her children with her, such that the interests of justice support early termination. Therefore, the Court grants Ms. Acuna's motion for early termination of supervised release (Dkt. No. 194).

It is so ordered the 19th day of May, 2025.

_____
Kristine G. Baker
Chief United States District Judge